No. 11–8209.  JUDGE *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 11–8253.  FURDA *v.* MARYLAND.  Ct. App. Md.  Certiorari denied.

No. 11–8254.  GLASER *v.* ENZO BIOCHEM, INC., ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 11–8360.  MONTGOMERY *v.* ROBINSON, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 11–8449.  WEBB *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–8501.  JUNFENG HAN ET AL. *v.* JIANONG GUO ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 11–8505.  FISHER *v.* VIZIONCORE, INC., ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 11–8631.  PEREZ-AMAYA ET AL. *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–8749.  CRAYTON *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 11–8844.  LEAVITT *v.* ARAVE, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 11–8884.  JACKSON *v.* EPPS, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 11–9054.  ADAMS *v.* TYSON FOODS, INC.  C. A. 8th Cir.  Certiorari denied.

No. 11–9064.  RIZZO *v.* CITY OF WHEATON, ILLINOIS, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 11–9074.  ROBERSON *v.* RUDEK, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 11–9077.  PONCE *v.* TEXAS.  C. A. 5th Cir.  Certiorari denied.